# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Avian Sheppard <br> *Plaintiff* <br> v. <br> Officer Robbie Williamson, Officer Frank Smith, Lt. Luke Lark and Sgt. Sidney Montgomery <br> *Defendant* | ) ) ) ) ) ) )  Civil Action No.  4:17-cv-1800-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed pursuant to Fed.R.Civ.P. 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United State District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:  February 11, 2019                          *CLERK OF COURT*

                                                  s/Debbie Stokes
                                                  _____
                                                  *Signature of Clerk or Deputy Clerk*